

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00774-CV

**IN RE CHENEGA SUPPORT SERVICES, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

Delivered and Filed:  December 23, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On December 9, 2015, relator Chenega Support Services, LLC filed a petition for writ of mandamus and motion for temporary emergency stay of trial court proceedings pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-13340, styled *American Hospital Services Group, LLC v. Dependable Health Services, Inc.; Dependable American Hospital Services, LLC; and Amegy Bank National Association*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Martha B. Tanner presiding.